AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF               MA

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Daniel Aguilar, Roberto Solorio, Ricardo Estrada | Case Number: 04-1732-CBS |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Charles B. Swartwood, III | Peabody | Entine, Fried, Weinstein |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/24/04 | 2:36 p | Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 5/24/04 | | | Agent Jean Drouin |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 5/24/04 | X | X | Complaint and Affidavit |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages